## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ELLA WILLIAMS, | ) |
| | ) |
| PLAINTIFF, | ) |
| V. | ) |
| | )   16-CV-00066-JEO |
| CAPITAL ACCOUNTS, LLC, | ) |
| | ) |
| DEFENDANT. | ) |

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendant Capital Accounts, LLC by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

/s/ John C. Hubbard
John C. Hubbard
ASB-8252-H46H
Attorney for Plaintiff
John C. Hubbard, LLC
PO Box 953
Birmingham, AL 35201
205-378-8121 – phone
205-690-4525 – fax