# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ELLA WILLIAMS Plaintiff, v. CAPITAL ACCOUNTS, LLC Defendant. | ) ) ) ) ) ) ) ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) CIVIL ACTION CASE NUMBER: 16-CV-00066-JEO |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Capital Accounts, LLC
c/o Incorp Services Inc
2204 Myrtle wood Dr
Montgomery AL 36111

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John G Hubbard
PO Box 953
Birmingham AL 35201
205-378-8121

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 1/27/16

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203