# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELLA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 2:16-cv-0066-JEO |
| | ) |
| CAPITAL ACCOUNTS, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

The plaintiff in the above-styled action has filed a motion to dismiss this action, with prejudice, with the parties to bear their own attorney's fees, costs, and expenses.  (Doc. 6). Because such filing comes before the defendant has served an answer or a motion for summary judgment, it will be treated as stipulation of dismissal, filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), which is effective without a court order.  Accordingly, this action is **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorney's fees, costs, and expenses.

**DONE**, this 29th day of March, 2016.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge